```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES J. LARE, et al.,              :   CIVIL ACTION
                                    :   NO. 15-1231
        Plaintiffs,                 :
                                    :
     v.                             :
                                    :
STATE FARM FIRE AND                 :
     CASUALTY COMPANY,              :
                                    :
        Defendant.                  :
```

**O R D E R**

**AND NOW**, this **6th** day of **May, 2015,** upon review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 13), and no objections having been filed,[1] it is **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) The Motion to Remand (ECF No. 7) is **GRANTED;** and

(3) The case is **REMANDED** to the Court of Common Pleas for Philadelphia County.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b).